Submitted on brief June 26, reversed September 15, 1914.

ECKERN v. CASEY.

(143 Pac. 1198.)

From Multnomah: HENRY E. MCGINN, Judge.

This is an action by Anthon Eckern against J. D. Casey and J. H. Hutchinson to collect rent, wherein plaintiff recovered judgment, and the defendants appeal. Under the proviso of Rule 18 of the Supreme Court (56 Or. 622, 117 Pac. xi), the case was submitted on briefs, without argument.          REVERSED.

For appellants there was a brief over the name of *Mr. Leroy Lomax.*

For respondent there was a brief over the name of *Messrs. Corliss & Skulason.*

MR. JUSTICE BEAN delivered the opinion of the court.

This is an action to collect rent under the same lease involved in the case of *Toomey* v. *Casey, ante,* p. 290 (142 Pac. 621). Plaintiff had judgment, and defendants appeal. The case involves practically the same questions as the case above mentioned, and what was

there said need not be repeated here.   After a careful review of the opinion in that case, we adhere to the same; and for the same reasons announced therein, the judgment of the lower court is reversed and the cause remanded for such further proceedings as may be deemed proper, not inconsistent herewith.

Reversed.